UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

CIVIL ACTION NO. _____

JULIE LITTRE                                                                                           PLAINTIFF

v.                                            **COMPLAINT**

PRUDENTIAL INSURANCE                                                               DEFENDANT
COMPANY OF AMERICA

\* \* \* \* \* \* \* \* \* \*

The Plaintiff, complaining of the Defendant, does hereby allege and say that:

1. This action arises under the Employee Retirement Income Security Act of 1974 (ERISA) 29 U.S.C. Sections 1132(1), (e), (f), and (g) as well as 28 U.S.C. Section 1331, as this action involves a federal question and a claim by plaintiff for employee benefits under employee benefit plans regulated and governed under ERISA.
2. The Plaintiff is a resident of Pikeville, Pike County, Kentucky.
3. Venue is proper pursuant to the provisions of 29 U.S.C. Section 1132(e)(2) as a substantial part of the events that give rise to the Plaintiff's claims arose in the Eastern District and because one or more of the breaches complained of in this complaint occurred in said District.
4. The Plaintiff filed a claim for Long Term Disability (LTD) benefits under a group policy issued by the Defendant.
5. The Plaintiff's claim was denied, and the Plaintiff exhausted the administrative appeals process without success.
6. The Defendant's decision to deny coverage is not supported by the administrative record.

WHEREFORE, the Plaintiff demands judgment as follows:

1. That the decision of the Defendant be reviewed and set aside and that the Plaintiff's claim for benefits be allowed and that the Defendant be ordered to pay such benefits; or,
2. That the Court remand this case to the Defendant for further consideration; and,
3. That the Court award the Plaintiff the costs of Court and reasonable attorney's fees; and
4. That the Court grant such other and further relief as it deems just and proper.

Respectfully submitted this 12th day of April, 2021.

          /s/ H. DAVID HICKS
          H. David Hicks, Esq.
          The Hicks Law Firm, PLLC
          P.O. Box 277
          Stanville, KY 41659
          1-800-232-4878 x 103
          david@mysharplawyer.com

          Counsel for Plaintiff