# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION AT PIKEVILLE

| | |
|---|---|
| JULIE LITTLE,<br><br>      Plaintiff,<br><br>v.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>      Defendant. | Civil Action No: 2:21-cv-00030-DLB |

## JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY OF ALL PENDING DEADLINES

Plaintiff, Julie Little ("Plaintiff"), and Defendant, The Prudential Insurance Company of America (incorrectly sued as "Prudential Insurance Company of America") ("Prudential") (collectively "the Parties"), by and through the undersigned counsel, submit this joint notice of settlement and request for a stay of all pending deadlines, and state the following:

    1.    On December 28, 2021, the parties reached a settlement in principle.

    2.    As a result of reaching this settlement in principle, the parties request 45 days to finalize the form and content of the final settlement agreement. At or before the end of that 45 day time period, the parties intend to file with the Court formal documentation terminating this action.

    3.    The parties further request that all deadlines in this action be stayed pending the filing of the Joint Stipulation of Dismissal.

WHEREFORE, the parties jointly submit this notice of pending settlement and request this Court to enter an order to stay all deadlines and hearings until February 11, 2022.

78292252v.1

- 2 -

**DATED: January 3, 2022**            Respectfully submitted,

                                                                    THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA


By: */s/ Julie M. Kamps*
    One of Its Attorneys


Julie M. Kamps (*pro hac vice*)
jkamps@seyfath.com
SEYFARTH SHAW LLP
233 S. Wacker Dr., Ste 8000
Chicago, IL 60606
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

Buddy VanCleave
QUINTAIROS, PRIETO, WOOD
& BOYER, P.A.
9300 Shelbyville Road
Suite 400
Louisville, KY 40222
Telephone: (502) 423-6390
Facsimile: (502) 423-6391
E-mail: buddy.vancleave@qpwblaw.com


THE HICKS LAW FIRM, PLLC


By:*/s/ H. David Hicks* (with consent)
    One of its Attorneys

H. David Hicks
david@mysharplawyer.com
The Hicks Law Firm, PLLC
P.O. Box 277
Stanville, Kentucky 41659
Telephone: (800) 232-4878 x 103

78292252v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of the foregoing JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY OF ALL PENDING DEADLINES to be served upon the following, using the Court's ECF filing system on this 3rd day of January, 2022:

>H. David Hicks
>david@mysharplawyer.com
>The Hicks Law Firm, PLLC
>P.O. Box 277
>Stanville, Kentucky 41659
>Telephone: (800) 232-4878 x 103

>By: */s/ Julie M. Kamps*
>    Attorney for Defendant

78292252v.1