# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION AT PIKEVILLE

JULIE LITTLE,

        Plaintiff,

vs.                                              Civil Action No. 2:21-cv-00030-DLB

PRUDENTIAL INSURANCE COMPANY
OF AMERICA,

        Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Julie Little, and Defendant, The Prudential Insurance Company of America (incorrectly sued as "Prudential Insurance Company of America"), by and through their respective undersigned attorneys, hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE. Further, each party will bear its own costs, expenses, and attorneys' fees.

**DATED: January 6, 2022**

| | |
|---|---|
| *s/ H. David Hicks* (with permission) | *s/ Julie M. Kamps* |
| H. David Hicks | Julie M. Kamps (*pro hac vice*) |
| The Hicks Law Firm, PLLC | Seyfarth Shaw LLP |
| P.O. Box 277 | 233 S. Wacker Dr. Ste. 8000 |
| Stanville, KY 41659 | Chicago, IL 60606 |
| Phone: (800) 232-4878 x103 | Phone: (312) 460-5000 |
| Email: david@mysharplawyer.com | Fax: (312) 460-7000 |
| | Email: jkamps@seyfarth.com |
| | |
| | Buddy J. VanCleave |
| | buddy.vancleave@qpwblaw.com |
| | Quintairos, Prieto, Wood, & Boyer |
| | 9300 Shelbyville Rd., Ste. 400 |
| | Louisville, KY 40222 |
| | Phone: 502-423-6390 |
| | Buddy.vancleave@qpwblaw.com |

78292600v.1

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that the foregoing **JOINT STIPULATION OF DISMISSAL** was filed with the Clerk of the Court via the Court's CM/ECF system, which will serve a true and correct copy of the same on the following counsel of record on this 6th day of January, 2022.

> H. David Hicks
> david@mysharplawyer.com
> The Hicks Law Firm, PLLC
> P.O. Box 277
> Stanville, Kentucky 41659
> Telephone: (800) 232-4878 x 103

*/s/ Julie M. Kamps*

78292600v.1